# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.:

| | |
|---|---|
| LEONEL ROMELI MIX DONIS, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiffs,<br>vs.<br><br>A&A AUTO PRIDE, L.L.C. d/b/a SUNNY ISLES MOBIL, ALEXANDER AYZEN, and DAGOBERTO FREITAS,<br><br>Defendants. | 16-CV-23039-Scola/Otazo-Reyes |

## SUMMONS IN A CIVIL ACTION

To:
A&A AUTO PRIDE, L.L.C. d/b/a SUNNY ISLES MOBIL
c/o Registered Agent, Allan M Glaser, P.A.
11900 Biscayne Blvd., Suite 807
Miami, FL 33181

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with th[e court].

**July 14, 2016**

Steven M. Larimore
Clerk of Court

SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.:

| | | |
|---|---|---|
| LEONEL ROMELI MIX DONIS, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiffs,<br>vs.<br><br>A&A AUTO PRIDE, L.L.C. d/b/a SUNNY ISLES MOBIL, ALEXANDER AYZEN, and DAGOBERTO FREITAS,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **16-CV-23039-Scola/Otazo-Reyes** |

**SUMMONS IN A CIVIL ACTION**

To:
ALEXANDER AYZEN
19571 NE 37 Ave
Aventura, FL 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with t

**July 14, 2016**

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

SUMMONS

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.:

| | | |
|---|---|---|
| LEONEL ROMELI MIX DONIS, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) ) | **16-CV-23039-Scola/Otazo-Reyes** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| A&A AUTO PRIDE, L.L.C. d/b/a SUNNY ISLES MOBIL, ALEXANDER AYZEN, and DAGOBERTO FREITAS, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**SUMMONS IN A CIVIL ACTION**

To:
DAGOBERTO FREITAS
210 174TH ST APT 1209
SUNNY ISLES BEACH FL 33160-3341

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with t[he court.]

**July 14, 2016**

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts