UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-23039-RNS

LEONEL ROMELI MIX DONIS, and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiffs,

vs.

A&A AUTO PRIDE, L.L.C. d/b/a SUNNY ISLES MOBIL, ALEXANDER AYZEN, and DAGOBERTO FREITAS,

        Defendants.

## PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, by and through the undersigned counsel, hereby files his Statement of Claim pursuant to this Court's Order [DE 7], and states as follows:

### FEDERAL OVERTIME WAGE CLAIM:

**Period Claimed:** July 13, 2013 through July 13, 2016
Weeks: 156 weeks
Overtime hours per week: 32 hours
Amount of half time per hour not compensated: $3.63/hr (based on federal minimum wage rate of $7.25/hr)
Total overtime wages unpaid: **$18,120.96**

**Total Overtime Wage Claim and Liquidated Damages: $18,120.96 X 2 = $36,241.92**

### FEDERAL MINIMUM WAGE CLAIM:

**Period Claimed:** July 13, 2013 through July 13, 2016
Weeks: 156 weeks
Hours worked per week: 72 hours
Federal Minimum Wage: $7.25/hr
Wages Paid: $6.66/hr
Wages Owed: $.59
Total minimum wages unpaid: **$6,626.88**

**Total Minimum Wage Claim and Liquidated Damages: $6,626.88 X 2 = $13,253.76**

**Total Overtime and Minimum Wage Claim and Liquidated Damages: $49,495.68**

\*\*Plaintiff seeks all fees and costs under the FLSA.

                                              Respectfully submitted,

                                              J. H. ZIDELL, P.A.
                                              ATTORNEYS FOR PLAINTIFF
                                              300-71ST STREET, SUITE 605
                                              MIAMI BEACH, FLORIDA 33141
                                              305-865-6766
                                              305-865-7167

                                              By: /s/ Allyson Morgado
                                                  Allyson Morgado, Esquire

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 8/3/16 TO:

ALL CM/ECF RECIPIENTS

                                                        BY: /s/ Allyson Morgado
                                                            Allyson Morgado, Esquire