United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Leonel Romeli Mix Donis, and all others similarly situated, Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 16-23039-Civ-Scola ) |
| A&A Auto Pride LLC, and others, Defendants. | ) ) |

**Order Requiring Compliance With Federal Rule Of Civil Procedure 4(m)**

It appears that the Plaintiff has failed to timely serve the Defendant in this case. The Plaintiff filed his Complaint on July 13, 2016. A plaintiff is responsible for serving the defendant with a summons and the complaint within 90 days of filing the complaint. Fed. R. Civ. P. 4(c)(1); Fed. R. Civ. P. 4(m). In this case, service is required by October 11, 2016. From a review of the record, it does not appear that the Plaintiff has served the Defendants with the summons and complaint. *See* Fed. R. Civ. P. 4(l)(1) ("Unless service is waived, proof of service must be made to the court."). "If the plaintiff fails to properly serve the defendant within [90] days, 'the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.'" *Lepone-Dempsey v. Carroll Cnty. Comm'rs*, 476 F.3d 1277, 1281 (11th Cir. 2007) (quoting Fed. R. Civ. P. 4(m)).

Accordingly, the Plaintiff is notified, in keeping with Rule 4(m), that the Court will dismiss this case without prejudice unless the Plaintiff can establish, no later than **October 25, 2016**, that the Defendant was timely served or that good cause exists for its failure to timely serve the Defendants.

**Done and Ordered** in chambers, at Miami, Florida, on October 17, 2016.

_____
Robert N. Scola, Jr.
United States District Judge