United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Leonel Romeli Mix Donis, and all others similarly situated, Plaintiffs, | )<br>)<br>) |
| v. | ) Civil Action No. 16-23039-Civ-Scola<br>) |
| A&A Auto Pride LLC, and others, Defendants. | )<br>) |

## Order Of Dismissal

     The Plaintiff failed to timely serve the Defendants in this case. The Plaintiff filed his Complaint on July 13, 2016, and was responsible for serving the Defendants with a summons and complaint by October 11, 2016. Fed. R. Civ. P. 4(c)(1); Fed. R. Civ. P. 4(m). Previously, the Court notified the Plaintiff, in keeping with Rule 4(m), that the Court would dismiss this case without prejudice unless the Plaintiff established that he served the Defendants timely or that good cause existed for his failure to timely serve the Defendants. (ECF No. 9.) He did neither. Consequently, the Court **dismisses** this action without prejudice, and directs the Clerk of the Court to **close** the case.

     **Done and Ordered** in chambers, at Miami, Florida, on November 8, 2016.

_____
Robert N. Scola, Jr.
United States District Judge