# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.:

| | | |
|---|---|---|
| LEONEL ROMELI MIX DONIS, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) | 16-CV-23039-Scola/Otazo-Reyes |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| A&A AUTO PRIDE, L.L.C. d/b/a SUNNY ISLES MOBIL, ALEXANDER AYZEN, and DAGOBERTO FREITAS, | ) ) ) ) ) | |
| Defendants. | ) ) | |

8/8/16
2:34 p.m
NV 2250

**SUMMONS IN A CIVIL ACTION**

To:

A&A AUTO PRIDE, L.L.C. d/b/a SUNNY ISLES MOBIL
c/o Registered Agent, Allan M Glaser, P.A.
11900 Biscayne Blvd., Suite 807
Miami, FL 33181

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with th

M, W, 70, 5'6, white balded, no glasses
prev up in
7/1 *all letter attached

July 14, 2016

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

Steven M. Larimore

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-CV-23039

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* REGISTERED AGENT ALLAN M GLASER PA

was received by me on *(date)* 07/15/2016 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* ALLAN M GLASER , who is designated by law to accept service of process on behalf of *(name of organization)* A&A AUTO PRIDE LLC dba Sunny Isles mobil 11900 BiscayneBlvd ste807 miami fl 33181 on *(date)* 8/18/2016 @ 2:34pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 08/18/2016

*Server's signature*

NEIL VAISELBERG - PROCESS SERVER # 2250
*Printed name and title*

PO BOX 402865 MIAMI BEACH FL 33140
(305) 968-4439
*Server's address*

Additional information regarding attempted service, etc:
M,W,70,5'6",165LBS,WHITE/BALD HAIR,NO GLASSES

FLORIDA MINIMUM WAGE LETTER ,SUMMONS AND COMPLAINT SERVED

Print   Save As...   Reset