UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LEONEL ROMELI MIX DONIS

            PLAINTIFF(S)

v.

A & A AUTO PRIDE L.L.C., et al.,

            DEFENDANT(S).

CASE NUMBER
   1:16−cv−23039−RNS

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**A&A Auto Pride, L.L.C.**

as of course, on the date November 17, 2016.

**STEVEN M. LARIMORE**
CLERK OF COURT

By  /s/ *Lorraine Sandelin*
Deputy Clerk

cc:  Judge Robert N. Scola, Jr
     Leonel Romeli Mix Donis

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)