**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:16-23039-Civ-Scola**

LEONEL ROMELI MIX DONIS, and all others similarly situated under 29 U.S.C. 216(b)

    Plaintiff,

v.

A&A AUTO PRIDE, L.L.C., d/b/a SUNNY ISLES MOBIL, ALEXANDER AYZEN, and DAGOBERTO FREITAS

    Defendants.
_____/

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Matthew P. Leto, of the law firm of Hall, Lamb and Hall, P.A., enters his appearance in the above-entitled action as counsel for Defendant, A&A Auto Pride, LLC and requests that all CM/ECF notices be sent to him at the following email address:

mleto@hlhlawfirm.com

    Respectfully submitted,

    HALL, LAMB AND HALL, P.A.
    Offices at Grand Bay Plaza
    Penthouse One
    2665 South Bayshore Drive
    Miami, Florida 33133
    Telephone: (305) 374-5030
    Facsimile:  (305) 374-5033
    mleto@hlhlawfirm.com

    By: ___/s Matthew P. Leto___
        MATTHEW P. LETO
        FBN: 014504

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the forgoing was served via ECF on all counsel of record this 12th day of December, 2016:

Joshua H. Sheshkin
J.H. Zidell P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Jsheshkin.jhidellpa@gmail.com

      /s Matthew P. Leto
MATTHEW P. LETO

{MPL/00470078.1}