**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:16-23039-Civ-Scola**

LEONEL ROMELI MIX DONIS, and all
others similarly situated under 29 U.S.C.
216(b)

     Plaintiff,

v.

A&A AUTO PRIDE, L.L.C., d/b/a
SUNNY ISLES MOBIL, ALEXANDER
AYZEN, and DAGOBERTO FREITAS

     Defendants.
_____/

**DEFENDANT, A & A AUTO PRIDE, L.L.C's**
**RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

     Defendant, A & A AUTO PRIDE, LLC, by and through its undersigned counsel, hereby files the following Response to Plaintiff's Statement of Claim [D.E. 8]:

     1.    Plaintiff is not entitled to any damages in this case from Defendant, A & A Auto Pride. Plaintiff worked as a car washer for Defendant, Dagoberto Freitas. Freitas operated the car wash located within the gas station under an oral lease arrangement with Auto Pride and was responsible for all of its activities, including but not limited to the hiring, payment, and firing of any employees/independent contractors related to the car wash operations. Mr. Freitas has no ownership interest or management responsibility related to Auto Pride.

     2.    To the best of Defendant's knowledge, Plaintiff was an independent contractor, and therefore the FLSA does not apply. Specifically, Plaintiff did not work on a regular basis, demonstrated a significant amount of control over his work, and was paid based upon the overall number of daily car washes completed and tips collected.

{10826/00471364.1}

3. Plaintiff's calculations also appear inaccurate. Plaintiff claims that he worked 10.28 hours per day each and every day for three straight years. This calculation is highly suspect given the fact that the car wash was only open from 8 am – 5 pm per day.

4. Plaintiff's calculations also appear inaccurate because he understates his actual income in that he was paid commissions in the form of tips from customers. When calculating whether Plaintiff received the minimum wage for each hour worked, the wage and commissions must be included.

Respectfully submitted,

HALL, LAMB AND HALL, P.A.
Offices at Grand Bay Plaza
Penthouse One
2665 South Bayshore Drive
Miami, Florida 33133
Telephone: (305) 374-5030
Facsimile:  (305) 374-5033
mleto@hlhlawfirm.com


By: ___/s Matthew P. Leto
       MATTHEW P. LETO
       FBN: 014504

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the forgoing was served via ECF on all counsel of record this 20th day of December, 2016:

Joshua H. Sheshkin
J.H. Zidell P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Jsheshkin.jhidellpa@gmail.com

                                                                                                                /s Matthew P. Leto
                                                                                                                MATTHEW P. LETO