UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23039-CIV-OTAZO-REYES

[CONSENT CASE]

LEONEL ROMELI MIX DONIS, and all )
others similarly situated under 29 U.S.C. )
216(b), )
               )
    Plaintiffs, )
 vs. )
               )
A&A AUTO PRIDE, L.L.C. d/b/a SUNNY )
ISLES MOBIL )
               )
    Defendants. )
_____ )

## ORDER SCHEDULING MEDIATION

THE INITIAL MEDIATION CONFERENCE in this matter shall be held with mediator Neil Flaxman, Esq., on May 26, 2017, commencing at 10:00 a.m. at Brickell Bayview Centre 80 SW 8th Street, Suite 3100, Miami, Florida 331301.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this 7th day of April, 2017.

                      _____
                      ALICIA OTAZO-REYES
                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to: Counsel of record