UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23039-CIV-OTAZO-REYES

**CONSENT CASE**

LEONEL ROMELI MIX DONIS, and all
others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,

v.

A&A AUTO PRIDE LLC,
d/b/a Sunny Isles Mobil,
ALEXANDER AYZEN, and
DAGOBERTO FREITAS,

    Defendants.
_____/

**SCHEDULING ORDER**

THIS CAUSE came before the Court upon the parties' Joint Scheduling Report [D.E. 32]. Upon due consideration, it is

ORDERED AND ADJUDGED that the parties shall adhere to the following schedule:

| Date | Event |
|---|---|
| 05/08/17 | Deadline to join additional parties or to amend pleadings. |
| 08/09/17 | Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator, and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order). |
| 4/14/18 | Deadline to complete all fact discovery. Deadline to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted, and must conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(D)(ii). |
| 04/28/18 | Deadline for the filing of all dispositive motions. |

| 02/12/18 | Deadline to complete mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order). |
|---|---|
| 4/14/18 | Deadline to complete all expert discovery. |
| 6/27/18 | Deadline for the filing of pretrial motions, including motions in limine and *Daubert* motions. |
| 7/16/18 | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
| 8/01/18 | Deadline to file proposed jury pursuant to Local Rule 16.1(k). |

- The Pretrial Conference is hereby **SET** for **Wednesday, August 1, 2018 at 2:00 P.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.**

- The Jury Trial is specially **SET** to commence on **Monday, August 6, 2018, at 9:00 A.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.** Three days have been set aside for trial.

- If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Such Order must be filed within **ten (10) days** of notification of settlement to the Court.

DONE AND ORDERED in Chambers at Miami, Florida this 27th day of April, 2017.

*[signature]*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23039-CIV-OTAZO-REYES

**CONSENT CASE**

LEONEL ROMELI MIX DONIS, and all
others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,

v.

A&A AUTO PRIDE LLC,
d/b/a Sunny Isles Mobil,
ALEXANDER AYZEN, and
DAGOBERTO FREITAS,

    Defendants.
_____/

**ORDER OF REFERRAL TO MEDIATION**

Trial having been set in this matter for August 6, 2018, pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16.2, it is hereby

ORDERED AND ADJUDGED as follows:

1. All parties are required to participate in mediation. The mediation shall be completed by February 12, 2018.

2. Plaintiff's counsel, or another attorney agreed upon by all counsel of record and any unrepresented parties, shall be responsible for scheduling the mediation conference. The parties are encouraged to avail themselves of the services of any mediator on the List of Certified Mediators, maintained in the office of the Clerk of the Court, but may select any other mediator. The parties shall agree upon a mediator by August 9, 2017. If there is no agreement, lead counsel shall promptly notify the Clerk of the Court in writing and the Clerk of the Court shall

Court shall designate a mediator from the List of Certified Mediators, which designation shall be made on a blind rotation basis.

3. A place, date and time for mediation convenient to the mediator, counsel of record, and unrepresented parties shall be established. The lead attorney shall complete the form order attached and submit it to the Court.

4. Pursuant to Local Rule 16.2(e), the appearance of counsel and each party or representatives of each party with full authority to enter into a full and complete compromise and settlement is mandatory. If insurance is involved, an adjuster with authority up to the policy limits or the most recent demand, whichever is lower, shall attend.

5. All proceedings of the mediation shall be confidential and privileged.

6. At least fourteen (14) days prior to the mediation date, each party shall present to the mediator a confidential brief written summary of the case identifying issues to be resolved.

7. The Court may impose sanctions against parties and/or counsel who do not comply with the attendance or settlement authority requirements herein or who otherwise violate the terms of this Order. The mediator shall report non-attendance and may recommend imposition of sanctions by the Court for non-attendance.

8. The mediator shall be compensated in accordance with the standing order of the Court entered pursuant to Local Rule 16.2(b)(7), or on such basis as may be agreed to in writing by the parties and the mediator selected by the parties. The cost of mediation shall be shared equally by the parties unless otherwise ordered by the Court. All payments shall be remitted to the mediator within forty-five (45) days of the date of the bill. Notice to the mediator of cancellation or settlement prior to the scheduled mediation conference must be given at least three (3) full business days in advance. Failure to do so will result in imposition of a fee for two (2) hours.

9. If a full or partial settlement is reached in this case, counsel shall promptly notify the Court of the settlement in accordance with Local Rule 16.2(f), by the filing of a notice of settlement signed by counsel of record within fourteen (14) days of the mediation conference. Thereafter the parties shall forthwith submit an appropriate pleading concluding the case.

10. Within seven (7) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was adjourned, or whether the case did not settle.

11. If mediation is not conducted, the case may be stricken from the trial calendar, and other sanctions may be imposed.

DONE AND ORDERED in Chambers at Miami, Florida this 27th day of April, 2017.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23039-CIV-OTAZO-REYES

CONSENT CASE

LEONEL ROMELI MIX DONIS, and all
others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,

v.

A&A AUTO PRIDE LLC,
d/b/a Sunny Isles Mobil,
ALEXANDER AYZEN, and
DAGOBERTO FREITAS,

    Defendants.
_____/

ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with _____ on _____, 20___, at ___ (am/pm) at _____ _____, Florida.

ENTERED this ___ day of _____, 20 ___.

                                                                                      ALICIA M. OTAZO-REYES
                                                                                      UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record