**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:16-23039-CIV-AOR**
**[Consent Case]**

LEONEL ROMELI MIX DONIS, and all
others similarly situated under 29 U.S.C.
216(b)

       Plaintiff,

v.

A&A AUTO PRIDE, L.L.C., d/b/a
SUNNY ISLES MOBIL, ALEXANDER
AYZEN, DAGOBERTO FREITAS

       Defendants.

_____/

**DEFENDANT, A & A AUTO PRIDE, L.L.C's**
**ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S**
**FIRST AMENDED COMPLAINT [D.E. 35]**

Defendant, A & A AUTO PRIDE, LLC, by and through its undersigned counsel, hereby

responds to Plaintiff's First Amended Complaint [D.E. 35] as follows:

1.     Defendant admits that this is an action arising under the Fair Labor Standards

Acts, however, Defendant denies liability.

2.     Defendant is without knowledge and demands strict proof thereof.

3.     Defendant admits that it is a corporation that regularly transacts business within

Dade County.   Defendant denies that it was Plaintiff's employer.

4.     Defendant admits that Alexander Ayzen is a corporate officer of A & A Auto

Pride who ran the day to day operations.  Defendant denies that Plaintiff was employed by A &

A.

{10826/00488085.1}

5.      Defendant denies that Freitas is a corporate officer of A & A Auto Pride who ran the day to day operations.  Defendant admits that Freitas was responsible for paying Plaintiff through his separate car wash business.

6.      Defendant admits that the alleged acts or omissions took place in Miami-Dade County.

## COUNT I

7.      Defendant denies the allegations contained in paragraph 7.

8.      Defendant admits the allegations contained in paragraph 8.

9.      Defendant admits the allegations contained in paragraph 9.

10.     Defendant denies the allegations contained in paragraph 10.

11.     Defendant denies the allegations contained in paragraph 11.

12.     Defendant denies the allegations contained in paragraph 12.

13.     Defendant admits the allegations contained in paragraph 13.

14.     Defendant denies the allegations contained in paragraph 14.

15.     Defendant denies the allegations contained in paragraph 15.

16.     Defendant denies the allegations contained in paragraph 16.

WHEREFORE, Defendant respectfully requests this Court enter judgment in favor of Defendant awarding all fees and costs in favor of Defendant.

## COUNT I

17.     Defendant admits the allegations contained in paragraph 17.

18.     Defendant denies the allegations contained in paragraph 18.

19.     Defendant denies the allegations contained in paragraph 19.

20.     Defendant denies the allegations contained in paragraph 20.

{10826/00488085.1}

WHEREFORE, Defendant respectfully requests this Court enter judgment in favor of Defendant awarding all fees and costs in favor of Defendant.

## AFFIRMATIVE DEFENSES

1.      Plaintiff's claim fails because he was never employed by Defendant.

2.      Plaintiff's claim is barred by the statute of limitations.  This case was filed on July 13, 2016 and seeks unpaid wages for work allegedly performed prior to July 13, 2014.

3.      There is no individual coverage under the FLSA in that Plaintiff did not engage in commerce or the production of goods for commerce.

4.      If Defendant acted in violation of the FLSA or Florida Minimum Wage Act, such actions were not willful or reckless but rather in good faith based on a reasonable belief that such actions were not in violation of the FLSA or Florida Minimum Wage Act.  As a result, liquidated damages or an extension of the statute of limitation are not warranted.

5.      Plaintiff's claims are may be barred by the doctrine of estoppel if Plaintiff fraudulently represented that he worked certain hours, Defendant paid him for those hours, and Defendant reasonably relied on those representations to its detriment.

Respectfully submitted,

HALL, LAMB HALL & LETO, P.A.
Offices at Grand Bay Plaza
Penthouse One
2665 South Bayshore Drive
Miami, Florida 33133
Telephone: (305) 374-5030
Facsimile:   (305) 374-5033
mleto@hlhlawfirm.com


By: ____/s Matthew P. Leto___
        MATTHEW P. LETO
        FBN: 014504

{10826/00488085.1}

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the forgoing was served via ECF

on all counsel of record this 12th day of May, 2017:


Joshua H. Sheshkin
J.H. Zidell P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Jsheshkin.jhidellpa@gmail.com


                                        _/s Matthew P. Leto
                                        MATTHEW P. LETO

{10826/00488085.1}