UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23039-CIV-AOR

LEONEL ROMELI MIX DONIS, and all
others similarly situated under 29 U.S.C.
216(b),

    Plaintiffs,

v.

A&A AUTO PRIDE, L.L.C., d/b/a SUNNY
ISLES MOBIL, ALEXANDER AYZEN,
DAGOBERTO FREITAS,

    Defendants.
_____ /

## NOTICE OF UNAVAILABILITY

The undersigned law firm hereby gives Notice to the Court and all attorneys of record that Andres F. Fernandez, Esq., counsel for Defendant, DAGOBERTO FREITAS, shall be unavailable as follows:

1. Mr. Fernandez will be unavailable from Thursday, July 20, 2017 until Monday, August 1, 2017.

2. It is requested that no hearings, depositions, discovery or any other legal proceedings be scheduled during the aforementioned time periods.

**BERENS, FERNANDEZ & ASSOCIATES, P.A.**
*Attorneys for Defendant, Dagoberto Freitas*
2100 Ponce De Leon Blvd., Penthouse 2
Coral Gables, Florida 33134
P. (305) 329-2990

/s/ Andres F. Fernandez
Andres F. Fernandez, Esquire
Florida Bar No. 111967
Samantha Fraga-Lopez, Esquire
Florida Bar No. 115957
Fernandez@berensfernandez.com
Fraga@berensfernandez.com
Pleadings@berensfernandez.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was furnished via CM/ECF on this 7th day of June, 2017, to the parties identified on the attached service list.

## SERVICE LIST

Allyson Morgado
Corona Law Firm
3899 NW 7th Street
2nd Floor
Miami, Florida 33126
E-mail: amorgado@coronapa.com

Joshua Howard Sheskin
Federal Disability Advocates
4300 Biscayne Blvd
Suite 305
Miami, Florida 33137
E-mail: jsheskin@jltrial.com

Neil Tobak
J.H. Zidell, P.A.
300 71st
Suite 605
Miami Beach, Florida 33141
E-mail: ntobak.zidellpa@gmail.com

Jamie H. Zidell
J.H. Zidell, P.A.
300 71st
Suite 605
Miami Beach, Florida 33141
E-mail: zabogado@aol.com

Rivkah Fay Jaff
J.H. Zidell, P.A.
300 71st
Suite 605
Miami Beach, Florida 33141
E-mail: rivkah.jaff@gmail.com

Matthew Leto
Hall, Lamb, and Hall, P.A.
2665 South Bayshore Dr.
Penthouse One
Miami, Florida 33133
E-mail: mleto@hlhlawfirm.com

                                        /s/ Andres F. Fernandez
                                        Andres F. Fernandez, Esquire