UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23039-CIV-OTAZO-REYES

**CONSENT CASE**

LEONEL ROMELI MIX DONIS, and all
others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,

v.

A&A AUTO PRIDE LLC,
d/b/a Sunny Isles Mobil,
ALEXANDER AYZEN, and
DAGOBERTO FREITAS,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court upon Defendant Dagoberto Freitas' ("Defendant" or "Freitas") Motion for Protective Order Regarding the Subpoena Duces Tecum with Deposition of the 30(b)(6) Corporate Representative of RJ Hand Car Wash LLC (hereafter, "Motion for Protective Order") [D.E. 53]. The Court held a hearing on this matter on August 17, 2017. In accordance with the Court's rulings at the hearing, it is

ORDERED AND ADJUDGED that Defendant's Motion for Protective Order [D.E. 53] is GRANTED without prejudice to protect Freitas, who is RJ Hand Car Wash LLC's corporate representative. A renewed subpoena duces tecum for deposition of RJ Hand Car Wash LLC's 30(b)(6) corporate representative may be served at a later stage of the proceedings, if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida this 17th day of August, 2017.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of Record