UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23039-CIV-OTAZO-REYES

**CONSENT CASE**

LEONEL ROMELI MIX DONIS, and all
others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,

v.

A&A AUTO PRIDE LLC,
d/b/a Sunny Isles Mobil,
ALEXANDER AYZEN, and
DAGOBERTO FREITAS,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court upon Defendants A&A Auto Price, LLC and Alexander Ayzen's ("Defendants") Motion for Sanctions Pursuant to Rule 11 (hereafter, "Motion for Sanctions") [D.E. 57]. Upon due consideration, it is

ORDERED AND ADJUDGED that Defendants' Motion for Sanctions [D.E. 57] is DENIED without prejudice to its renewal after the close of discovery. Plaintiff's Motion for Enlargement of Time to File Response in Opposition to Defendants' Motion for Sanctions [D.E. 62] is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida this 6th day of September, 2017.

                                                                  _____
                                                                  ALICIA M. OTAZO-REYES
                                                                  UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record