UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23039-CIV-OTAZO-REYES

**CONSENT CASE**

LEONEL ROMELI MIX DONIS, and all
others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,

v.

A&A AUTO PRIDE LLC,
d/b/a Sunny Isles Mobil,
ALEXANDER AYZEN, and
DAGOBERTO FREITAS,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff Leonel Romeli Mix Donis' ("Plaintiff") Motion for Protective Order [D.E. 63]; Plaintiff's Motion to Compel Better Responses to Plaintiff's Discovery and for Sanctions (hereafter, "Motion to Compel" and "Motion for Sanctions") [D.E. 73]; and Plaintiff's Motion for Leave to Exceed the Deposition Limit (hereafter, "Motion to Exceed") [D.E. 84]. The undersigned held a hearing on these matters on October 11, 2017. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

> ➢ Plaintiff's Motion for Protective Order [D.E. 63] is GRANTED IN PART. Plaintiff's second deposition is limited to 5.8 hours. Counsel for Defendant Dagoberto Freitas ("Freitas") may conduct follow-up inquiries into the areas that were already covered in the first deposition, and counsel for Defendant Alexander

Ayzen ("Ayzen") may conduct further follow-up inquiries into the areas covered by counsel for Freitas.

- Plaintiff's Motion to Compel [D.E. 73] is GRANTED IN PART. Freitas shall amend his response to Interrogatory No. 1 with information regarding products currently in use. Ayzen and Defendant A&A Auto Pride, LLC ("A&A") shall amend their responses to Interrogatories Nos. 1-3 with items that were in stock during the period of July 2013 – July 2016. The Motion to Compel is otherwise DENIED.

- Plaintiff's Motion for Sanctions [D.E. 73] is DENIED.

- Plaintiff's Motion to Exceed [D.E. 84] is GRANTED IN PART. Plaintiff may conduct the deposition of one additional individual (employee of A&A) beyond those depositions that have been conducted or set, bringing the total number of depositions to 11.

DONE AND ORDERED in Chambers at Miami, Florida this 11th day of October, 2017.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record