UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23039-CIV-OTAZO-REYES

**CONSENT CASE**

LEONEL ROMELI MIX DONIS, and all
others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,

v.

A&A AUTO PRIDE LLC,
d/b/a Sunny Isles Mobil,
ALEXANDER AYZEN, and
DAGOBERTO FREITAS,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff Leonel Romeli Mix Donis' ("Plaintiff") Motion to Compel Deposition of Non-Party Witness Tony Nassar (hereafter, "Motion to Compel") [D.E. 91]. Upon due consideration, it is

ORDERED AND ADJUDGED that the Motion to Compel is GRANTED. Non-Party witness Tony Nassar ("Nassar") shall appear for deposition within **14 days of the date of this Order**. Nassar is admonished that failure to appear may result in a finding of contempt. The Court reserves ruling on Plaintiff's request for fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida this 14th day of December, 2017.

                                                    ALICIA M. OTAZO-REYES
                                                    UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record