UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 16-23039-CIV-OTAZO-REYEZ

LEONEL ROMELI MIX DONIS,

    Plaintiff,

vs.

A&A AUTO PRIDE, LLC. d/b/a SUNNY ISLES MOBIL, ALEXANDER AYZEN, DAGOBERTO FREITAS

    Defendants.
_____/

## DEFENDANT, DAGOBERTO FREITAS' NOTICE OF CHANGE OF ATTORNEY OF RECORD AND REQUEST FOR CLERK TO UPDATE ATTORNEY INFORMATION

Please be advised that the law firm of BERENS, FERNANDEZ, & ASSOCIATES, P.A., remains as the law firm representing Defendant, DAGOBERTO FREITAS, however, Attorney SAMANTHA M. FRAGA-LOPEZ, ESQ., is no longer counsel of record.

Wherefore, the Clerk of Courts is requested to remove Ms. Fraga-Lopez as counsel of record to be notices in the instant action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice was furnished via transmission of Electronic Filing generated by CM/ECF, on this 22nd day of December, 2017, to the parties identified on the attached service list.

**[see signature block on following page]**

**BERENS FERNANDEZ & ASSOCIATES, P.A.**
*Counsel for Defendant Dagoberto Freitas*
2100 Ponce de Leon Boulevard, PH-2
Coral Gables, Florida 33134
Telephone. (305) 329-2990

*/s/*Andres F. Fernandez
ANDRES F. FERNANDEZ
Florida Bar No.: 111967
Fernandez@berensfernandez.com
Pleadings@berensfernandez.com

## SERVICE LIST

Allyson Morgado
Corona Law Firm
3899 NW 7th Street
2nd Floor
Miami, Florida 33126
E-mail: amorgado@coronapa.com

Neil Tobak
J.H. Zidell, P.A.
300 71st
Suite 605
Miami Beach, Florida 33141
E-mail: ntobak.zidellpa@gmail.com

Jamie H. Zidell
J.H. Zidell, P.A.
300 71st
Suite 605
Miami Beach, Florida 33141
E-mail: zabogado@aol.com

Rivkah Fay Jaff
J.H. Zidell, P.A.
300 71st
Suite 605
Miami Beach, Florida 33141
E-mail: rivkah.jaff_@gmail.com

Matthew Leto
Hall, Lamb, and Hall, P.A.
2665 South Bayshore Dr.
Penthouse One
Miami, Florida 33133
E-mail: mleto@hlhlawfirm.com

/s/ Andres F. Fernandez
Andres F. Fernandez, Esquire