UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23039-CIV-OTAZO-REYES

[CONSENT CASE]

| | |
|---|---|
| LEONEL ROMELI MIX DONIS, and all others similarly situated under 29 U.S.C. 216(b), | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| A&A AUTO PRIDE, L.L.C. d/b/a SUNNY ISLES MOBIL,<br>ALEXANDER AYZEN,<br>DAGOBERTO FREITAS, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT DISCOVERY REQUESTS AND RESPONSES AS EXHIBITS TO MOTION TO COMPEL OR IN THE ALTERNATIVE FOR PLAINTIFF'S MOTION TO COMPEL DISCOVERY TO EXCEED THE PAGE LIMIT PROSCRIBED**

**COME NOW** the Plaintiff, by and through undersigned counsel, and hereby file this above-described Unopposed Motion as follows:

**INTRODUCTION**

1. Plaintiff, LEONEL ROMELI MIX DONIS, served Defendants with their supplemental set of discovery including Plaintiff's Supplemental Request for Production, on December 28, 2017.

2. Defendants served their Responses to said discovery on December 28, 2017[1]. Defendants served their Amended Responses to said discovery on February 1, 2018

---

[1] Plaintiff will file Defendants' responses should the Court require same.

Page **1** of **5**

3. Defendants objected to more than 19 requests.

4. Plaintiff conferred with Defendants on the relief requested herein, by and through their respective Counsel, Matthew Leto, Esq and Samantha Fraga.

5. Therefore, Plaintiff respectfully request the Court to grant Plaintiff's leave to submit discovery requests and responses as exhibits to motion to compel without setting forth in their Motion verbatim the specific item to be compelled, the specific objections, and the grounds assigned for the objection (if not apparent from the objection) so that Plaintiff is able to comply with Southern District Local Rule 26.1(h)(2). In the alternative, to exceed the page limit for a Motion to Compel Discovery.

## MEMORANDUM OF LAW

Southern District Local Rule 26.1(h)(2) states in part, that a motion to compel:

> "shall, for each separate interrogatory, question, request for production, request for admission, subpoena request, or deposition question, state: (A) verbatim the specific item to be compelled; (B) the specific objections; (C) the grounds assigned for the objection (if not apparent from the objection); and (D) the reasons assigned as supporting the motion as it relates to that specific item. The party shall write this information in immediate succession (e.g., specific request for production, objection, grounds for the objection, reasons to support motion; next request for production, objection, grounds for the objection, reasons to support motion; and so on) to enable the Court to rule separately on each individual item in the motion."

Further, S.D. Fla. Local Rule 7.1.C.2 expressly states that "[a]bsent prior permission of the Court, no party shall file any legal memorandum exceeding (20) pages in length…" Furthermore, "the Local Rules place the responsibility for seeking to exceed the Local Rules' page limit squarely on the shoulders of counsel for the filing party." *S.E.C. v. Huff*, 08-60315-CIV, 2010 WL 780184 (S.D. Fla. 2010). As set forth in *Gutescu supra,* the case law indicates the Court

should look to whether the party seeking leave has set forth justification allowing relief in relation to 7.1.C.2.

In the case at bar, Defendants' responses contain an abundance of objections and in order for Plaintiff to comply with Southern District Local Rule 26.1(h)(2) Plaintiff is required to state verbatim the specific item to be compelled, the specific objections, and the grounds assigned for the objection (if not apparent from the objection). Plaintiff is taking issue with approximately 19 Responses from Defendants and it is an impossibility to simultaneously comply with the Local Rules in this regard. Thus, Plaintiff is sufficiently justified in his need to to submit discovery requests and responses as exhibits to motion to compel without setting forth in their Motion verbatim the specific item to be compelled, the specific objections, and the grounds assigned for the objection and have established good cause for leave.

WHEREFORE THE PLAINTIFF RESPECTFULLY REQUEST THE COURT TO GRANT PLAINTIFF'S LEAVE TO SUBMIT DISCOVERY REQUESTS AND RESPONSES AS EXHIBITS TO MOTION TO COMPEL WITHOUT SETTING FORTH IN THEIR MOTION VERBATIM THE SPECIFIC ITEM TO BE COMPELLED, THE SPECIFIC OBJECTIONS, AND THE GROUNDS ASSIGNED FOR THE OBJECTION, SO THAT PLAINTIFF IS ABLE TO COMPLY WITH SOUTHERN DISTRICT LOCAL RULE 26.1(H)(2). IN THE ALTERNATIVE, PLAINTIFF RESPECTFULLY REQUEST THE COURT ALLOW PLAINTIFF TO EXCEED THE PAGE LIMIT FOR A MOTION TO COMPEL DISCOVERY, IN COMPLIANCE WITH SOUTHERN DISTRICT LOCAL RULE 26.1(h)(2).

**CERTIFICATE OF CONFERRAL**

Plaintiff conferred with Defendants' respective Counsel, Matthew Leto**,** Esq., and Andres F. Fernandez, Esq., do not oppose.

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By:_s/ Neil Tobak____
        Neil Tobak, Esquire
        Florida Bar No.: 093940

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 2/15/18 TO:**

**Matthew Leto
Hall, Lamb and Hall, P.A.
2665 South Bayshore Dr.
Penthouse One
Miami, FL 33133
305-374-5030
Fax: 305-374-5033
Email: mleto@hlhlawfirm.com**
*LEAD ATTORNEY FOR A & A AUTO PRIDE L.L.C. and ALEXANDER AYZEN*

*Andres F. Fernandez
Berens Fernandez & Associates, P.A.
2100 Ponce de Leon Blvd. PH-2
Coral Gables, FL 33134
(305) 329-2990
Email:* Fernandez@berensfernandez.com
*LEAD ATTORNEY FOR DAGOBERTO FREITAS*

    **BY:__/s/____Neil Tobak _____
        NEIL TOBAK, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23039-CIV-OTAZO-REYES

[CONSENT CASE]

LEONEL ROMELI MIX DONIS, and all )
others similarly situated under 29 U.S.C. )
216(b), )
        Plaintiff, )
  vs. )
 )
A&A AUTO PRIDE, L.L.C. d/b/a SUNNY )
ISLES MOBIL, )
ALEXANDER AYZEN, )
DAGOBERTO FREITAS, )
 )
        Defendants. )
_____ )

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT DISCOVERY
REQUESTS AND RESPONSES AS EXHIBITS TO MOTION TO COMPEL

This cause, having come before the Court on the Plaintiff's above-described Unopposed Motion, and the Court being duly advised in the premises, it is ORDERED and ADJUDGED that said motion is GRANTED and therefore:

PLAINTIFF MAY TO SUBMIT DISCOVERY REQUESTS AND RESPONSES AS EXHIBITS TO MOTION TO COMPEL SO AS TO COMPLY WITH SOUTHERN DISTRICT LOCAL RULE 26.1(h)(2).

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2018.

                                                    _____
                                                    ALICIA OTAZO-REYES
                                                    UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record
\