UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23039-CIV-OTAZO-REYES

[CONSENT CASE]

| | |
|---|---|
| LEONEL ROMELI MIX DONIS, and all others similarly situated under 29 U.S.C. 216(b), | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | )<br>) |
| A&A AUTO PRIDE, L.L.C. d/b/a SUNNY ISLES MOBIL,<br>ALEXANDER AYZEN,<br>DAGOBERTO FREITAS, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |
| _____ | ) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL ONLY AS TO DEFENDANTS A&A AUTO PRIDE, L.L.C. d/b/a SUNNY ISLES MOBIL, AND ALEXANDER AYZEN WITH PREJUDICE**

COME NOW the Parties, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41 and hereby notice this Court that Plaintiff, LEONEL ROMELI MIX DONIS and Defendants A&A AUTO PRIDE, L.L.C. d/b/a SUNNY ISLES MOBIL, and ALEXANDER AYZEN stipulate to dismiss Plaintiff's claims against only Defendants, A&A AUTO PRIDE, L.L.C. d/b/a SUNNY ISLES MOBIL, and ALEXANDER AYZEN, jointly and severally, with prejudice brought in the above-captioned lawsuit. Plaintiff and only Defendants, A&A AUTO PRIDE, L.L.C. d/b/a SUNNY ISLES MOBIL, and ALEXANDER AYZEN, shall each bear their own respective fees and costs in relation to the claims brought against Defendants, A&A AUTO PRIDE, L.L.C. d/b/a SUNNY ISLES MOBIL, and ALEXANDER AYZEN. The case shall proceed against Defendant DAGOBERTO FREITAS and is unaffected by this stipulation of dismissal.

Respectfully Submitted,

Dated this 26th day of March 2018.

| | |
|---|---|
| By: */s/ Neil Tobak, Esq.*<br>    Neil Tobak, Esq.<br>    Fla. Bar No. 093940<br>    Email: ntobak.zidellpa@gmail.com<br>    J.H. ZIDELL, P.A.<br>    300 71st Street, Suite 605<br>    Miami Beach, FL 33141<br>    Telephone: (305) 865-6766<br>    Facsimile: (305) 865-7167<br>    *Attorney for Plaintiff* | By: */s/* Mathew Leto*, Esq.*<br>    Matthew Leto<br>    Hall, Lamb and Hall, P.A.<br>    2665 South Bayshore Dr.<br>    Penthouse One<br>    Miami, FL 33133<br>    305-374-5030<br>    Fax: 305-374-5033<br>    Email: mleto@hlhlawfirm.com<br>    *Attorneys for Defendants* |